**Ruben T. HERNANDEZ,**
**Plaintiff–Appellant,**

**v.**

**Ralph WILEY, Warden; et al.,**
**Defendants–Appellees.**

**No. 01–56072.**

**D.C. No. CV–00–03890–DDP.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 8, 2002*.

Decided April 17, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

### MEMORANDUM**

Ruben T. Hernandez, a federal prisoner, appeals pro se the district court's judgment dismissing his *Bivens* action on stat-

ute of limitations grounds. We review de novo a dismissal on statute of limitations grounds. *Donoghue v. Orange County*, 848 F.2d 926, 929 (9th Cir.1987). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court properly dismissed Hernandez's claim that defendants interfered with his criminal trial because the claim was barred by *Heck v. Humphrey*, 512 U.S. 477, 486, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

The district court properly dismissed the remaining claims as barred by California's one-year personal injury statute of limitations. *See* Cal.Code Civ. P. §§ 340(3); 352.1(a); *Van Strum v. Lawn*, 940 F.2d 406, 410 (9th Cir.1991).

AFFIRMED.

■

**Ann J. HORTON, Plaintiff–Appellant,**

**v.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

**344**

Jo Anne BARNHART,\* Commissioner of the Social Security Administration, Defendant–Appellee.

No. 01–56254.

D.C. No. CV–98–07430–WNB (RNB).

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002\*\*.

Decided April 17, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

